JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL STARS, INC., a California corporation; BLOOMINGDALE'S, INC., an Ohio corporation; ANTHROPOLOGIE, INC., a Pennsylvania corporation; AMAZON.COM, INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:20-cv-05447-PA-JDE<br>*Hon. Percy Anderson Presiding*<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

1

ORDER:

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that this action is dismissed without prejudice in its entirety, with each party bearing its own costs and attorneys' fees as incurred in this action.

SO ORDERED.

Dated: January 26, 2021      By: _____
PERCY ANDERSON<br>U.S. DISTRICT JUDGE